AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

2025 SEP -5 PM 3:44

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>)<br>KaLani S Uehara )<br>Defendant ) | Case No. 1084 1:20CR01524- 001WJ |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 16 2025

## ARREST WARRANT

MITCHELL R. ELFERS
CLERK

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) KaLani S Uehara

Also Known As: Uehara, Kalani Sayuri

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: has failed to listen to the instructions of her supervising officer, has failed to attend mental health assessments, has failed to obtain employment or enroll in school, and has failed to provide proof she no longer has access to several email accounts.

Date:  September 05, 2025

_____
Issuing Officer's signature

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
Printed name and title

### Return

This warrant was received on ( date ) 9/5/2025 and the person was arrested on ( date ) 9/15/2025
at ( city and state ) Los Angeles, CA.

Date: 9/15/2025

_____
Arresting officer's signature

Enrique F Castillo DUSM
Printed name and title