IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                 NO. 20-cr-1524-WJ

KALANI UEHARA,

        Defendant.

## MOTION TO WITHDRAW AS DEFENSE COUNSEL & APPOINT NEW COUNSEL

**COMES NOW** Counsel for Defendant KALANI UEHARA and with the Government taking no position, moves the Court for an Order permitting her to withdraw as counsel. As grounds therefore Counsel states:

1. A Petition for Revocation of Supervised Release was filed against Ms. UEHARA. [Doc 246].

2. The Preliminary Hearing was conducted in California where Ms. UEHARA was being supervised and then transferred to New Mexico for further proceedings.

3. Counsel was appointed on November 18, 2025. [Doc 252].

4. The Detention Hearing was set for November 20, 2025. [Doc 254].

5. The Detention hearing was re-set and conducted on November 24, 2025. Ms. Uehara she was ordered detained. [Doc 255].

6. She is set for her final SRV hearing on December 3, 2025.

7. Counsel set a legal Zoom on November 28, 2025 to discuss the case with Ms. Uehara. She refused the visit.

1

8. Another Zoom was set for December 1, 2025. She refused and indicated on her refusal form that she notified me several times that she terminated me. (Exhibit A – signed refusal form).

9. A Zoom was set for December 2, 2025 and she appeared along with her victim's advocate. Both appeared. Ms. Uehara stated that she reached out to counsel by the Getting Out App and by several phone calls. Counsel never told her to communicate using the App. Counsel has not accessed the Getting Out App in years and did not receive the App's messages. Ms. Uehara also called the counsel several times on November 27, 2025. The office was closed. December 2, 2025 is the first time Ms. Uehara and counsel have spoken since the Detention Hearing.

10. Counsel respectfully requests that she be allowed to withdraw. Counsel and Ms. Uehara respectfully request that another attorney be appointed.

11. The Government, through AUSA Kimberly Brawley, takes no position on the Motion.

WHEREFORE Counsel requests an Order Allowing Withdrawal of Counsel and whatever other relief the Court deems just and proper.

Respectfully Submitted,

/s/ M Naomi Salazar
M. Naomi Salazar
Counsel for UEHARA
PO Box 26542
Albuquerque, NM 87125
505-243-4433 FAX 505-243-1441
naomisalazar@msn.com

This will certify that a copy of the foregoing was sent to AUSA Kimberly Brawley on ECF on the date of filing.
/s/ M Naomi Salazar
Counsel for Ms. UEHARA

3