

# Inmate State Hearing Notification/Refusal

**Inmate Name:** Kalani Uehara (Zoom)
**Inmate Number:** 11275-151   **Housing:** 900 C/102L
**Date of Call/Visit:** 12/01/25   **Time of Call/Visit:** 0830
**Attorney Name:** Naomi Salazar

**Staff making notification:** M. Sandoval

**Reason for Refusal:**

ON 26 NOVEMBER 2025, COURT APPOINTED ATTORNEY SALAZAR WAS NOTIFIED SEVERAL TIMES OF HER TERMINATION OF COUNSEL. NAOMI SALAZAR IS TERMINATED.

**Refusal Signature:** KU     **Date:** 01 DEC 2025 @ 1439

If detainee is refusing to sign refusal, must have two staff members' signature

**Staff Signature:** _____   **Date:** _____

**Staff Signature:** _____   **Date:** _____

