IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                              Case No. 1:20-CR-01524-WJ-SCY

KALANI UEHARA

    Defendant.

### ORDER DIRECTING DEFENDANT TO PROVIDE A LIST OF WITNESSES

    THIS MATTER comes before the court sua sponte and upon the final revocation hearing conducted December 3, 2025, and set to resume on December 12, 2025. The Court has become aware that the Defendant may elect to present witness testimony at the hearing on Friday, December 12. The matter set for hearing concerns allegations that the Defendant has committed three technical, Grade C violations of the conditions of her supervision while she was being supervised by the U.S. Probation Office for the Central District of California. The conditions at issue are: (i) maintaining fulltime employment; (ii) following the instructions of the probation officer; specifically, the instruction to provide a new email address and provide proof the Defendant no longer has a Proton email account; and (iii) participating in a mental health treatment program. The evidence presented at the continuation of the final revocation hearing should thus be limited to whether violations of these conditions occurred.

    Accordingly, and in the interest of judicial economy, the Court instructs the Defendant to notify the Court of any witnesses she intends to call at the December 12 hearing by **Wednesday, December 10** so videoconferencing arrangements can be made if necessary.

    It is so ORDERED.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE