IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              NO. 20-cr-1524-WJ

KALANI UEHARA,

    Defendant.

## DEFENDANT'S WITNESS LIST FOR FINAL SUPERVISED RELEASE VIOLATION HEARING

**COMES NOW** Defendant KALANI UEHARA and provides the Court and the Government notice of her intent to call the following witnesses at the final Supervised Release Violation Hearing:

1. Tamba Calfee, c/o Crossroads for Women 806 Martin Luther King Jr. Ave NE Albuquerque NM 87102. 505-242-1010.

2. Dr. Gloria O'Niell, 400 Gold Ave SW, Albuquerque NM 87102. 505-207-0621.

3. Dr. Samantha Shelton, Federal Bureau of Prisons, MDC Los Angeles, 535 N. Alameda St. Los Angeles CA 90012. 213-485-0439.

4. Savannah Wadsworth, Esq., 1127 12th St. Suite 201, Modesto CA 95354. 209-278-0585.

                                            Respectfully Submitted,
                                            */s/ M Naomi Salazar*
                                            Counsel for UEHARA
                                            PO Box 26542
                                            Albuquerque, NM 87125
                                            505-243-4433 FAX 505-243-1441
                                            naomisalazar@msn.com

This will certify that a copy of the
foregoing was sent to AUSA Kimberly
Brawley on ECF on the date of filing.
*/s/ M Naomi Salazar*
Counsel for Ms. UEHARA