IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 NO. 20-cr-01524-001WJ

KALANI S. UEHARA,

        Defendant.

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

    Kalani S. Uehara, the Defendant, appeals to the United States Court of Appeals for the Tenth Circuit from the final Judgment of the District Court for the District of New Mexico, entered in this case on December 20, 2025 in the Court's Judgment and Sentence. [Doc 271].

    The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

United States Attorney's Office:

- AUSA Kimberly Brawley, 201 Third St. NW Suite 900, Albuquerque NM 87102. kimberly.brawley@usdoj.gov

- AUSA Eva Fontanez, 201 Third St. NW Suite 900, Albuquerque NM 87102. eva.fontanez@usdoj.gov

- AUSA Jaymie Roybal, 201 Third St. NW Suite 900, Albuquerque NM 87102. jaymie.roybal@usdoj.gov

1

CJA trial counsel for Defendant:

- M Naomi Salazar, PO Box 26542, Albuquerque NM 87125.

naomisalazar@msn.com

Respectfully Submitted,
*/s/ M Naomi Salazar*
M. Naomi Salazar
CJA Counsel for UEHARA
PO Box 26542
Albuquerque, NM 87125
Phone: (505) 243-4433 fax 505-243-1441
naomisalazar@msn.com

This will certify that a copy of the foregoing was sent to all counsel of record by filing on ECF this the 31st of December, 2025.
*/s/ M Naomi Salazar*
Counsel for Defendant